429 A.2d 765

Commonwealth v. Stewart, Appellant.

Reargument Denied April 23, 1981.
Petition for Allowance of Appeal Denied July 24, 1981.

 Argued December 4, 1979. Michael D. Fioretti, for appellant; Virginia Kerr, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, MONTGOMERY and CIRILLO, JJ.*

Affirmed.